**FIRST NAT. BANK OF ROME, GA., v. BANK OF JASPER. STATE BANK OF ROME v. SAME. STATE BANK OF ROME, GA., v. FIRST NAT. BANK OF JASPER, FLA.**

(Circuit Court of Appeals, Fifth Circuit. March 10, 1920.)

Nos. 3431–3433.

In Error to the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge.

Three actions by the First National Bank of Rome, Ga., and by the State Bank of Rome, against the Bank of Jasper, and by the State Bank of Rome, Ga., against the First National Bank of Jasper, Fla. Judgment for defendant in each case, and plaintiff brings error. Reversed.

W. E. Kay, J. L. Doggett, and Henry C. Clark, all of Jacksonville, Fla., and L. A. Dean and J. E. Dean, both of Rome, Ga., for plaintiffs in error.

Hilton S. Hampton and S. S. Sandford, both of Tampa, Fla., and F. P. Fleming, of Jacksonville, Fla., for defendants in error.

Before WALKER, Circuit Judge, and GRUBB and JACK, District Judges.

PER CURIAM. The questions presented in these cases are substantially the same as those ruled on in the case of First National Bank of Rome, Ga., v. First National Bank of Jasper, Fla., 264 Fed. 83, — C. C. A. —, Circuit Court of Appeals, Fifth Circuit, present term. For reasons stated in the opinion rendered in the just cited case, the judgment in each of the above numbered and entitled cases is reversed.